# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MAY DELYSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  12-CV-278-JPG-DGW |
| | ) | |
| FRED'S STORE OF TENNESSEE, INC., | ) ) | |
| | ) | |
| Defendant. | | |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:  May 29, 2013**

NANCY J. ROSENSTENGEL, Clerk of Court

By:   s/*Click here to enter text.*
            Deputy Clerk

**APPROVED:**  *s/J. Phil Gilbert*
                J. PHIL GILBERT
                U.S. DISTRICT JUDGE