## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAY DELYSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  12-CV-278-JPG-DGW |
| ) | |
| FRED'S STORE OF TENNESSEE, ) | |
| INC., ) | |
| ) | |
| Defendant**.** | |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:  May 29, 2013**

NANCY J. ROSENSTENGEL, Clerk of Court

By:     *s/Deborah Agans*
              Deputy Clerk


**APPROVED:**  *s/J. Phil Gilbert*
                       J. PHIL GILBERT
                       U.S. DISTRICT JUDGE